# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fifth Third Bank, National Association,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Tranquility Chevrolet, Inc., *et. al.*,<br><br>　　　　　Defendants. | Case No.: 1:24-CV-001149-JLT-SKO<br><br>Complaint Filed: August 24, 2023<br>Trial Date:　　　October 14, 2026<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 58)** |

**THIS COURT** having reviewed and considered the parties' Joint Stipulation to Modify Scheduling Order (Doc. 58), and finding good cause (*see* Fed. R. Civ. P. 16(b)(4)) therefor, hereby MODIFIES the Scheduling Order (Doc. 55) as follows:[1]

1.　　The fact discovery deadline December 29, 2025, is continued to **May 1, 2026**.

---

[1] Certain of the parties' proposed dates were continued where necessary to allow time for the Court to adjudicate pending motions and for the parties to prepare for trial.

2. The Initial Expert Disclosure deadline of January 6, 2026, is continued to **May 8, 2026**.

3. The Rebuttal Expert Disclosure deadline of January 16, 2026, is continued to **May 18, 2026**.

4. The Expert Discovery deadline is continued from February 26, 2026, to **July 1, 2026**.

5. The Non-Dispositive Motion filing deadline is continued from March 16, 2026, to **August 16, 2026**, to be heard in accordance with the Court's Local Rules.

6. The Dispositive Motion filing deadline is continued from April 16, 2026, to **September 21, 2026**, to be heard in accordance with the Court's Local Rules.

7. The deadline to provide a proposed Settlement Conference Date is continued from July 20, 2026, to **December 16, 2026, or 90 days before trial, whichever is later.**

8. The Pre-Trial Conference is continued from August 17, 2026, to **January 19, 2027, at 1:30 p.m.** in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Judge.

9. The Trial is continued from October 14, 2026, to **March 16, 2027, at 8:30 a.m.** in Courtroom 4 before the Honorable Jennifer L. Thurston, United States District Court Judge.

IT IS SO ORDERED.

Dated:   **December 29, 2025**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE